**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| PATRICIA VOWAL,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR MARTINEZ, JR.,<br><br>Defendant. | CAUSE NO.: 2:24-CV-105-TLS |

**OPINION AND ORDER**

This matter is before the Court on several pending motions related to the briefing of the Defendant's Motion for Summary Judgment, ECF No. 66, which was filed on August 13, 2026. The Defendant also issued the required Notice of Filing Summary Judgment Motion to Pro Se Litigant. ECF No. 69.

On September 2, 2026, the Court issued an order denying the Plaintiff's request to stay summary judgment briefing and extending the deadline for the Plaintiff to respond to summary judgment to September 21, 2026. ECF No. 78.

The following day, the Plaintiff filed a Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment and Notice of Pending Motion to Stay, ECF No. 79, and a Protective Summary-Judgment Statement, ECF No. 82, both of which appear to have been submitted without having reviewed the Court's September 2, 2026 ruling.

On September 4, 2026, the Court denied as moot the Plaintiff's Motion for Extension of Time. ECF No. 83. And on September 14, 2026, the Court extended the Plaintiff's deadline to respond to summary judgment to September 30, 2026, in light of other rulings. ECF No. 86.

On September 17, 2026, the Plaintiff filed a Brief in Opposition to Defendant's Motion for Summary Judgment, ECF No. 87, a Response to Defendant's Statement of Material Facts,

and Plaintiff's Additional Material Facts, ECF No. 88, a Declaration of Patricia Vowal, ECF No. 89, and a Notice of Filing, ECF No. 90.

On September 28, 2026, without first seeking leave of Court, the Plaintiff filed a Supplemental Brief in Opposition to Defendant's Motion for Summary Judgment and Corrections to the Record. ECF No. 96.

On September 30, 2026, without first seeking leave of Court, the Plaintiff filed a Supplemental Brief in Opposition to Defendant's Motion for Summary Judgment and Corrections to the Record. ECF No. 98.

On October 1, 2026, the Plaintiff filed a Motion Under Rule 6(b)(1)(B) for Leave to File Opposition Filings Instanter, or in the Alternative for a Brief Extension of Time. ECF No. 99. The Defendant did not file a response. The Plaintiff asks for leave to file her summary judgment filings a day after the September 30, 2026 deadline or by October 15, 2026. It is unclear what summary judgment filings she seeks leave to file as she had already filed three summary judgment responses. To the extent the Plaintiff references her pending Motion Under Rule 54(b), ECF No. 95, the Court finds that the Rule 54(b) motion does not affect the summary judgment briefing. To the extent this Rule 6(b)(1)(B) request relates to her separately filed Motion for Leave to File Supplemental Memorandum Regarding HIPAA in Opposition to Defendant's Motion for Summary Judgment, ECF No. 100, the Court GRANTS the Rule 6(b)(1)(B) Motion [ECF No. 99] and separately addresses the Motion for Leave filed at docket entry 100.

On October 1, 2026, the Plaintiff also filed a Motion for Leave to File Supplemental Memorandum Regarding HIPAA in Opposition to Defendant's Motion for Summary Judgment. ECF No. 100. The Defendant filed a response on October 27, 2026, ECF No. 118, and the Plaintiff filed a reply on October 30, 2026, ECF No. 121. Because the Court is granting the Plaintiff leave to file one, consolidated response to summary judgment, the Court GRANTS this

Motion for Leave [ECF No. 100] with relief different than requested. The Plaintiff may incorporate these arguments in her one, consolidated summary judgment response brief.

On October 7, 2026, the Defendant filed a Motion for Additional Time to File Reply Brief in light of the Plaintiff's supplemental summary judgment response briefs. ECF No. 103. The Court granted the motion, extending the Defendant's reply deadline to November 6, 2026. ECF No. 104.

On October 29, 2026, the Defendant filed the pending Motion to Strike Plaintiff's Unauthorized Supplemental Briefs and Supporting Materials. ECF No. 119. The Plaintiff filed a response on October 30, 2026, ECF No. 120, and the Defendant filed a reply on November 1, 2026, ECF No. 122. On November 2, 2026, the Court vacated the November 6, 2026 deadline for the Defendant to file a summary judgment reply brief and stayed the deadline pending this ruling. ECF No. 123.

Northern District of Indiana Local Rule 56-1(b) provides:

> (b) Opposing Party's Obligations. A party opposing the motion must, within twenty-eight days after the moving party served the motion, separately file:
>
> (1) A response brief; and
>
> (2) a Response to Statement of Material Facts which includes:
>
> (A) a verbatim restatement of the Statement of Material Facts;
>
> (B) a correspondingly numbered response immediately following each paragraph of the Statement of Material Facts;
>
> (C) a citation to evidence supporting each dispute of fact; and
>
> (D) additional facts in a section titled Additional Material Facts with numbered paragraphs continuing the sequential numbering of the Statement of Material Facts for each additional material fact the opposing party contends is undisputed which includes:
>
> (i) a short statement of each fact; and

(ii) a citation to evidence supporting each fact.

(3) In cases where any party is unrepresented, the opposing party is not required to restate verbatim the Statement of Material Facts.

N.D. Ind. L.R. 56-1(b).

Local Rule 56-1(d) provides: "Additional Briefs. Additional briefs must not be filed without leave of court." N.D. Ind. L.R. 56-1(d).

Local Rule 56-1(b) allows for the filing of "a response brief," meaning one brief, even if the brief is filed prior to the deadline. The Plaintiff did not seek leave of court to file her supplemental summary judgment response briefs. ECF Nos. 96, 98. Although pro se filings are construed liberally, pro se litigants are not excused from compliance with governing procedural requirements. *McNeil v. United States*, 508 U.S. 106, 113 (1993); *Pearle Vision, Inc. v. Romm*, 541 F.3d 751, 758 (7th Cir. 2008). It is within the Court's discretion to interpret the local rules. *Rongere v. City of Rockford*, 99 F.4th 1095, 1100–01 (7th Cir. 2024). Here, the Court finds that the Defendant is prejudiced in drafting a reply in support of summary judgment by the Plaintiff's piecemeal summary judgment response briefing. However, given the Plaintiff's pro se status and that she is only recently representing herself after her attorney withdrew, the Court finds that the interests of justice call for allowing the Plaintiff leave to file one, consolidated summary judgment response brief and supporting documents as provided for under Northern District of Indiana Local Rule 56-1. The Court strikes all the Plaintiff's prior summary judgment response filings.

## CONCLUSION

For these reasons, the Court GRANTS Plaintiff's Motion Under Rule 6(b)(1)(B) for Leave to File Opposition Filings Instanter, or in the Alternative for a Brief Extension of Time [ECF No. 99]; GRANTS Plaintiff's Motion for Leave to File Supplemental Memorandum

Regarding HIPAA in Opposition to Defendant's Motion for Summary Judgment [ECF No. 100] with relief different than requested; GRANTS the Defendant's Motion to Strike Plaintiff's Unauthorized Supplemental Briefs and Supporting Materials [ECF No. 119] with relief different than requested; and DENIES as moot the Plaintiff's Motion for Leave to File a Sur-Reply in Opposition to Defendant's Motion to Strike [ECF No. 124].

The Court STRIKES the Plaintiff's Protective Summary-Judgment Statement [ECF No. 82], Plaintiff's Brief in Opposition to Defendant's Motion for Summary Judgment [ECF No. 87], Plaintiff's Response to Defendant's Statement of Material Facts, and Plaintiff's Additional Material Facts [ECF No. 88], Declaration of Patricia Vowal [ECF No. 89], Notice of Filing [ECF No. 90], Plaintiff's Supplemental Brief in Opposition to Defendant's Motion for Summary Judgment and Corrections to the Record [ECF No. 96], and Plaintiff's Supplemental Brief in Opposition to Defendant's Motion for Summary Judgment and Corrections to the Record [ECF No. 98].

The Court ORDERS that the deadline for the Plaintiff to file one, consolidated response to the Defendant's Motion for Summary Judgment [ECF No. 66] that complies with Northern District of Indiana Local Rule 56-1 is extended to November 23, 2026, and that the deadline for the Defendant to file a reply in support of summary judgment is extended to December 14, 2026.

SO ORDERED on November 4, 2026.

s/ Theresa L. Springmann
JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT